AO 91 (Rev. 11/11)  Criminal Complaint

_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

# UNITED STATES DISTRICT COURT
for the
District of Maryland

SEP 2 9 2014

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 14-2174 JMC |
| OMAR SMITH | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 27, 2014__ in the county of __Baltimore City__ in the
_____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 United States Code, Section 922 (g)(1) | Possession of a firearm by a felon |

This criminal complaint is based on these facts:
See attahed affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

TFO David Azur, ATF
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: 9/29/14

_____
Judge's signature

City and state: Baltimore, Maryland

J. Mark Coulson, U.S. Magistrate Judge
_____
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your Affiant, Task Force Officer David Azur, deposes and states as follows:

1. I am a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, United States Department of Justice. I am a detective with the Baltimore Police Department. I have participated in numerous cases involving state and federal firearms criminal violations, as well as the narcotics and other laws.

2. I make this Affidavit in support of a criminal Complaint charging the defendant, Omar Smith, with possession of a firearm by a previously convicted person (in violation of 18 U.S.C. § 922(g)(1)). This Affidavit is based on information I have received from other law enforcement officers and witnesses. I have not included all of the information known to law enforcement officers in this Affidavit, but I do not believe that I have omitted any information that would tend to defeat a showing of probable cause.

3. On June 27, 2014, members of the Baltimore Police Department executed a search warrant at a residence in Baltimore City, Maryland. The search warrant also covered a Gray Acura automobile, registered in the state of Maryland to the defendant. The defendant, Omar Smith and a female were located in the second floor front bedroom. Smith and the female were advised of their *Miranda* rights and advised that they understood their rights. Smith was asked about possible contraband in the house or in his vehicle, which was parked on the street in front of the residence. Smith stated that the officers might find some paraphernalia in the basement, but that there was nothing else illegal in the dwelling.

4. Officers searched the defendant's vehicle, identified as the Gray Acura for which officers had a search warrant. Inside the car, officers found:

    - One clear plastic bag containing 9 blue ziplock bags of a white rock substance (suspected crack cocaine) and 3 orange ziplock bags of a white rock substance (suspected crack cocaine). Those items were found in a compartment inside the steering wheel.
    - $820 in United States currency, from the center console.
    - Debit and other cards in the name of Omar Smith.

5. Officers inside the residence were advised about the recovery of drugs from the Acura. One of the officers then asked the defendant again about the location of narcotics, firearms or other contraband. The defendant then advised the officer that

there was a gun in his bedroom, on top of an armoire. The defendant also stated that there was a scale in a storage container by the washer.

6. Officers completed a search of the residence and found the following items:

   - One loaded H&R .32 caliber revolver, serial number AF65708, on top of an armoire in the second floor front bedroom.
   - In a basement storage container: two digital scales with suspected cocaine residue; a mirror, three spoons and two plastic bags with cocaine residue; razor blades; and ziplock bags, which were believed to be narcotics packaging material.
   - From the kitchen, officers found mail and court documents in the name of the defendant.
   - From a shoe box in the dining room, officers found a sock containing 9 loose rounds of .32 caliber ammunition, a box of .44 caliber ammunition, and a parole and probation card in the name of the defendant.

7. Prior to June 27, 2014, the defendant had been convicted in a court of a crime punishable by a term of imprisonment exceeding one year. The handgun has been examined and appears to be capable of expelling a projectile by the action of an explosive. The handgun was not manufactured in the state of Maryland, and the weapon therefore traveled in interstate commerce prior to its recovery on June 27, 2014.

TFO David Azur
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to and subscribed before me
This ___ th day of September 2014 at Baltimore, Maryland

J. Mark Coulson
United States Magistrate Judge
District of Maryland

14-2174 JMC